AO 91 (Rev. 08/09) Criminal Complaint

FILED BY ____TM____ D.C.

FEB 14 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Ian Akim Felder | ) Case No. 20-8070-BER |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____See Attached Affidavit____ in the county of ____Palm Beach and elsewhere____ in the ____Southern____ District of ____Florida____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1029(a)(2) | Access Device Fraud |
| 18 U.S.C. § 1344 | Bank Fraud |
| 18 U.S.C. § 1028A | Aggravated Identity Theft |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Sarah Schaut, Task Force Office (USSS)
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/14/20

*Judge's signature*

City and state: ____West Palm Beach, Florida____    Bruce E. Reinhart, U.S. Magistrate
*Printed name and title*

## AFFIDAVIT

I, **Sarah Schaut,** being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1.      I am employed with the Plantation Police Department and currently assigned to the Criminal Investigations Division (CID) as an Economic Crimes Detective. I have been employed in a law enforcement capacity since April 2011, with the past three years assigned to CID. I have been dually sworn as a Task Force Officer (TFO) with the United States Secret Service (USSS) since January 2019 and assigned to the South Florida Organized Fraud Task Force of the Miami Field Office. I have been trained to conduct criminal investigations involving or relating to the financial infrastructure of the United States, including identity theft, counterfeit United States currency, wire fraud and access device fraud. I have completed the Basic Recruit Certificate of Compliance for Law Enforcement Officers at the Institute of Public Safety, Davie, FL.

2.      The facts in this affidavit come from my personal observations, my training and experience, review of police reports, and information obtained from other law enforcement officers and witnesses. Because this affidavit is provided for the limited purpose of establishing probable cause for the requested search warrant, this affidavit does not set forth ever fact known to me regarding this investigation.

## PURPOSE OF THE AFFIDAVIT

3.      This affidavit is submitted for the limited purpose of establishing probable cause to support the charges set forth in the attached complaint. Your affiant submits, based on the facts set forth below, that there is probable cause to arrest IAN AKIM FELDER, for violation of the following offenses:

- Between December 1, 2017 and December 1, 2018, in Palm Beach County, Florida, and elsewhere, the defendant, IAN AKIM FELDER, did knowingly and with intent to defraud use one or more unauthorized access devices during a one year period, and by such conduct, obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, Unite States Code, Section 1029(a)(2) and 2.

- On December 27, 2017, March 21, 2018, and March 28, 2018, in Palm Beach County, Florida, the defendant, IAN AKIM FELDER, did knowingly execute a scheme or artifice to obtain any of the moneys, funds, and credits, owned by, or under the custody or control of, a financial institution by means of false or fraudulent pretenses, representations, or promises, in violation of Title 18, United States Code, Sections 1344 and 2.

- On December 27, 2017, March 21, 2018, and March 28, 2018, in Palm Beach County, Florida, the defendant, IAN AKIM FELDER, did, during and in relation to an

enumerated felony, knowingly use, without lawful authority, a means of identification of another person, in violation of Title 18, United States Code, Sections 1028A and 2.

## THE GENERAL SCHEME

4. Your affiant is a member of an investigative task force investigating an ongoing bank fraud scheme targeting elder victims living in South Florida. Based upon victim interviews and contact with the affected financial institutions, this section provides a general overview of how the fraud scheme generally works.

5. In general, each individual victim is telephonically contacted by a professional sounding caller. To your affiant's knowledge, the caller is always a female. That caller states that she is a bank representative from the victim's bank. The caller tells the victim, falsely, that the victim's account has been compromised.

6. The bank and account type vary with each victim, but in general the caller is attempting to get access to the victim's credit and debit cards. According to the victims, the caller supplies banking information regarding the victim's account that convinces each victim that the call is legitimate. For example, multiple victims have stated that the caller had their last transaction information. The caller will then include some fictitious transaction descriptions with the legitimate transaction descriptions, which then convinces the individual victim that their account or bank card has been compromised.

7. The caller then offers to send a "bank representative" to the victim's home to exchange the "compromised" card with a new one. The victims report a "bank representative" arrives at their residence shortly thereafter, usually while the victim is still on the phone with the original caller. The "bank representative" then obtains the victims "compromised" debit and/or credit card(s) with the promise of returning with a new uncompromised card. Usually the caller has already convinced the individual victim into "verifying" his or her PIN number.[1] After the "bank representative" leaves with the compromised cards, that representative and another coconspirator then spend money as quickly as possible, often withdrawing cash from ATMs, purchasing money orders from Publix, and otherwise using the accounts as quickly as possible. Surveillance video obtained from the various stores and ATMs show that the suspects utilizing the cards are often speaking on the telephone with an unknown person while at the Publix/Store or bank ATM machine.

8. This fraud scheme has been ongoing since at least 2016 and continues through the present. Law enforcement and financial institutions have identified over 200 individual victims identified in Broward, Palm Beach, St. Lucie, Indian River, and elsewhere. Most of the victims are elderly and living in retirement communities. The financial institutions report more than $1,000,000 financial loss. While some arrests of persons' responsible for using the cards have

---

[1] Some victims have denied providing their PIN numbers. It is unclear at this time, whether the subjects obtain the PIN through other means, whether the victims are mistaken, or if the subjects then use those cards for only transaction that will not require entry of a PIN.

been made by local police departments, the group tends to move operations to different counties when one area becomes too hot.

9. The person calling the banks is believed to be the same person. That person will use different phones to call the victims and the banking institutions. On occasion, the person has been recorded pretending to be various victims in an effort to have the bank raise spending limits, approve transactions, or provide other information in furtherance of the fraud scheme. That person is also believed to switch phones frequently and use prepaid phones and/or fictitious subscriber information to make detection and collection of evidence by law enforcement more difficult.

## IAN FELDER'S ROLE IN THE SCHEME

10. Your affiant knows through participation on the task force that, to date, FELDER has been identified as a participant in at least six incidents. Three of those incidents are described in more detail below. In each of these three cases, FELDER participated as the driver, responsible for withdrawing money and purchasing money orders with the stolen debit and credit cards.

### A. December 27, 2017 – Victim "E.B." in Boynton Beach, Florida.

11. The victim, "E.B." reports receiving a telephone call on December 27, 2017. The caller identified herself as "Melanie Baker" and claimed she worked for the Wells Fargo Bank Fraud Department. Melanie informed E.B. that she noticed several suspicious transactions from E.B.'s Wells Fargo account and would no longer be able to use the cards because they were compromised. E.B. stated that Melanie asked him numerous questions concerning his account information. Melanie informed E.B. a representative would need to come to his Boynton Beach residence in order to retrieve the compromised debit and credit cards.

12. E.B. advised that a female "bank representative" arrived at E.B.'s residence shortly after the call commenced with Melanie. The representative collected E.B.'s credit and debit card and informed him that she would return with new cards. The fake bank representative left and did not return. E.B. stated Melanie remained on the phone with him until the bank representative left E.B.'s residence.

13. E.B. later reviewed his Wells Fargo transaction history and identified the following fraudulent charges made using E.B.'s credit and debit accounts. The following fraudulent charges were identified by Wells Fargo Bank and E.B. [2]

| No. | Date | App. Time (PST) | Amount | Location |
|---|---|---|---|---|
| 1. | 27Dec17 | 10:58 a.m. | $2000 | ATM located at 10845 South Jog Road, Boynton Beach, Florida |

---

[2] The times logged below by Wells Fargo Bank, which is headquartered in California, are Pacific Standard Time which is 3 hours later than the time in Boynton Beach. For example, 7:00 p.m. in California is 10:00 p.m. in Florida.

| 2. | 27Dec17 | 2:37 p.m. | $1,000.78 | Publix Store located at 6627 W. Boynton Beach Blvd., Boynton, Beach, Florida |
| 3. | 27Dec27 | 3:31 p.m. | $1,001.78 | Publix Store located at 1337 S Military Tr. Deerfield Beach, Florida |
| 4. | 27Dec27 | 5:08 p.m. | $1,001.78 | Publix Store located at 4121 West Commercial Blvd., Tamarac, Florida |
| 5. | 27Dec27 | 5:25 p.m. | $1,001.78 | Publix located at 1297 S. State Road 7, North Lauderdale, Florida |
| 6. | 27Dec27 | 5:47 p.m. | $981.78 | Publix located at 7230 W. Atlantic Blvd., Margate, Florida |

14. Wells Fargo security provided video stills of the ATM transaction that occurred at 1:58PM (EST) at the branch located at 10845 South Jog Road, Boynton Beach. (Transaction #1 above). The suspect is a black male who is bald and is wearing glasses. The male is also holding a cellphone during the transaction.

15. FELDER was identified as a suspect in the above transactions. On August 18, 2018, a Palm Beach County Sheriff's Office (PBSO) detective interviewed FELDER with the ATM video stills from transaction #1 above. In a recorded post-*Miranda* interview, FELDER admitted he was the person in the photograph. FELDER also admitted he was a person using the ATM of another victim when shown a photograph from that transaction. FELDER initially said he was making the withdrawal to pay bills, but later indicated that he had a drug problem and that a woman known to him as "black girl" would pull up to him in Riviera Beach and ask him to get in the vehicle. FELDER said the female would show up in different vehicles and ask him to make ATM withdrawals for her because she was having issues with her boyfriend. The female gave him the bank cards and Atm. FELDER initially said he didn't keep any money but later said he would get some money for making withdrawals. FELDER admitted looking at his phone in one photograph to get the PIN. FELDER admitted doing this three or four times. FELDER denied having any way to contact "black girl," who would just pull up to pick him up in different vehicles which he believed were rentals.

16. The PBSO detective is family with FELDER's appearance from interacting with him and has also verified that the person depicted in the ATM video stills is FELDER.

17. The total loss to Wells Fargo bank is $6,988.90. Wells Fargo does business in multiple states and is headquartered in San Francisco, California. The card that was used above to make the transactions was issued in the victim's name. Wells Fargo is a FDIC-insured bank.

### B. March 21, 2018 – Victim "M.L." in Lantana, Florida.

18.  The victim, "M.L.," reports receiving a call on her house phone in Lantana, Florida. The female call advised "M.L." that "M.L." had multiple fraudulent transactions on her Wells Fargo and Chase bank accounts. M.L. stated that the female on the phone knew all of her account numbers, home address, and her personal information. M.L. stated that at one point the female advised M.L. that she was going to send someone over to M.L.'s residence to collect M.L.'s credit/debit cards and properly dispose of them.

19.  M.L. stated that a black female came to M.L.'s front door. The female advised M.L. that she was there to pick up the credit/debit cards. The female stated that she was sent to M.L.'s house by the female caller and that she worked for the bank. M.L. gave the female her Wells Fargo Credit Card, Wells Fargo Debit card, and her JP Morgan Chase Bank debit card. After providing the cards, M.L. grew suspicious. M.L. called M.L.'s daughter, who assisted M.L. by calling JP Morgan Chase Bank and Wells Fargo bank. By that time, it was too late and the following fraudulent transactions were made on M.L.'s Wells Fargo and JP Morgan Chase Bank accounts.

Chase (Debit/ATM Card ending in #1960)

| No. | Date | App. Time (EST) | Amount | Location |
|---|---|---|---|---|
| 1. | 21Mar18 | 2:41 p.m. | $1,700 | ATM at JP Morgan Chase, 1330 W. Lantana Road, Lantana, Florida 33462 |

20.  The bank provided photographs of the transaction above, which occurred inside Chase bank. The photographs are high quality and FELDER is visible, wearing glasses, a white shirt, and a towel around his neck. The PBSO detective that interviewed FELDER on August 18, 2018, has confirmed that the person in the photograph is FELDER.

Wells Fargo (Debit and Credit Accounts)

21.  M.L.'s bank records show that after she provided her Wells Fargo credit and debit cards to the female, unauthorized transactions were place on her accounts. First, as an initial matter, on March 21, 2018, $6000 was charged on M.L.'s credit card account (#9163) and transferred to her Wells Fargo Checking account. M.L.'s debit card (ending in #8365) was then used to make withdrawals/purchases from that checking account. The following two transactions were made with M.L.'s debit card:

| No. | Date | App. Time (EST) | Amount | Location |
|---|---|---|---|---|
| 1. | 21Mar2018 | 2:55 p.m. | $2000 | ATM at 1500 W. Lantana Road Lantana, Florida |
| 2. | 21Mar2018 | -- | $1,452.67 | Publix, 1589 W. Lantana Road Lantana, Florida |

22. Wells Fargo provided video stills of the $2000 ATM transaction. This ATM was located outside and, while the photographs are not as clear as the Chase bank photographs, the photographs are sufficient to show that the person making the withdrawals is the same person (FELDER) who is making the withdrawals from JP Morgan Chase on the same date. The physical appearance is consistent, FELDER is wearing the same white shirt, glasses, and glasses. He also has the same towel around his neck.

23. This case was investigated by an officer with the Lantana Police Department. The Lantana officer later became aware, in 2019, that this individual case was part of a larger conspiracy. Through contact with the PBSO detective, the Lantana officer learned FELDER's identity. On July 1, 2019, the Lantana officer went to the Palm Beach County jail where FELDER was being held on Palm Beach County State charges related to his involvement with a different victim in Palm Beach county. The Lantana detective interviewed FELDER, who in a post-Miranda statement, admitted the person in the ATM photographs described above in this Section were him. FELDER stated the cards and pin numbers were provided by a woman he knows from the corner. FELDER said she drove him to different ATM locations, where he made withdrawals, and then gave her money. FELDER admitted getting paid. The detective subsequently filed another state case which is pending.

24. The total loss to both banks was $5,152. Both banks do business in multiple states and are headquartered outside the State of Florida. Each of the ATM cards and the credit card were all issued in M.L.'s name. J.P. Morgan Chase and Wells Fargo are each FDIC-insured banks.

**A. March 28, 2018 – Victim "F.F." in Boynton Beach, Florida.**

25. Victim, "F.F." reported receiving a telephone call on her Boynton Beach home telephone on March 28, 2018. F.F. says the female caller identified herself as "Melanie Baker" with the Chase Bank fraud department. Melanie asked the F.F. questions regarding her credit cards and personal information which F.F. provided. A black female who identified herself as "Marsha Brooks" came to residence and collected credit/debit cards. The victim said when her husband came home, they called Chase Bank and found out it was a scam.

26. Following a review of her bank statement, F.F. identified he following fraudulent charges that were made using her debit card ending in 7793.

| No. | Date | App. Time | Amount | Location |
| --- | --- | --- | --- | --- |
| 1. | 18Mar2018 | -- | $2,640 | JP Morgan Chase Bank located at 5000 W. Boynton Beach Blvd., Boynton Beach, Florida |

27. JP Morgan Chase provided video stills that show a black male, bald with glasses conducting the transaction. The male is wearing glasses, a white metal bracelet, a brown towel around his neck, and a dark colored shirt. The PBSO detective who interviewed FELDER has identified the person in the video stills as FELDER.

28. JP Morgan Chase Bank suffered a financial loss of $2,640. This bank is headquartered outside the State of Florida and does business in multiple states. The debit card used to make the transaction is issued in victim F.F.'s name. JP Morgan Chase is a FDIC-insured bank.

## OTHER EVIDENCE

29. In addition to the cases above, FELDER was identified as a participant in another incident on March 12, 2018, involving victim, J.B., an elderly victim who has since died. Like the others above, J.B. had reported receiving a phone call from a female caller representing herself as a Bank of America employee. The victim, who was 91, had difficulty remember the incident but stated a white female came to his residence to retrieve the cards. Multiple ATM transactions and money order purchases were then made using the victim's debit account on March 12, 2018. Subsequent video footage from a Publix where Western Money Orders were purchases and an ATM where a withdrawal was made were collected by a Palm Beach County detective. FELDER, wearing the same glasses and a brown towel around his next is captured making withdrawals on an ATM machine. FELDER is also captured, albeit in a fuzzier picture, using the victim's debit card at Publix to purchase Western Union money orders. In the fuzzier images, while his face is

not as clear, FELDER is wearing a white shirt, dark colored ball cap, and has a brown towel around his neck. The total loss to Bank of America in this instance was $5,390.

YOUR AFFIANT SAYETH FURTHER NAUGHT.

_____
Sarah Schaut
Task Force Officer, United States Secret Service

Sworn to before me in West Palm Beach, Florida
on ~~December~~ *February* 14 , 2019.

_____
HON. BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE - SDFL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**   Ian A. Felder

Case No:   20-8070-BER

Count 1:
  Access Device Fraud

  Title 18, United States Code, Section 1029(a)(2)

* **Max. Penalty:**   10 years' imprisonment, followed by up to 3 years' supervised release, a maximum $250,000 fine, and a $100 special assessment.

Count 2 - 4:
  Bank Fraud

  Title 18, United States Code, Section 1344

* **Max. Penalty:**   30 years' imprisonment, followed by up to 5 years' supervised r release, a maximum $1,000,000 fine, and a $100 special assessment.

Count 5 - 7:
  Aggravated Identify Theft

  Title 18, United States Code, Section 1028A

* **Max. Penalty:**   Mandatory 2-year consecutive sentence, followed by 1 year supervised release, a maximum fine of $250,000, and a $100 special assessment

Count :

* **Max. Penalty:**

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>20-8070-BER</u>

UNITED STATES OF AMERICA

vs.

IAN AKIM FELDER,

       **Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  _____ Yes  __X__ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  _____ Yes  __X__ No

          Respectfully submitted,

          ARIANA FAJARDO ORSHAN
          UNITED STATES ATTORNEY

BY: *[signature]*
     ANTHONY LaCOSTA
     ASSISTANT UNITED STATES ATTORNEY
     Admin No. A5500698
     500 S. Australian Ave, Ste. 400
     West Palm Beach, Florida  33401
     TEL (561) 820-8711
     FAX (561) 820-8777